NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTERMEC TECHNOLOGIES CORP.,**
*Plaintiff-Appellant,*

v.

**PALM, INC.,**
*Defendant-Appellee.*

---

2011-1296

---

Appeal from the United States District Court for the District of Delaware in case no. 09-CV-0272, Judge Sue L. Robinson.

---

**ON MOTION**

---

**O R D E R**

Palm, Inc. moves for a 3-day extension of time, until August 8, 2011, to file its answering brief

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 1 1 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Carson P. Veach, Esq.
     Robert T. Haslam, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 1 2011

JAN HORBALY
CLERK